# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MATTHEW R. HAKODA,** | ) |
| Petitioner, | ) ) |
| v. | ) No. 3:11-cv-584 |
| **DAVID MILLS, Warden, Northwest Correctional Complex,** | ) Judge Aleta A. Trauger ) |
| Respondent. | ) |

## ORDER

Petitioner Matthew R. Hakoda, proceeding *pro se*, is an inmate at the Northwest Correctional Complex in Tiptonville, Tennessee. He has submitted a petition for a writ of *habeas corpus* (ECF No. 1) pursuant to 28 U.S.C. § 2254.

Rule 11(a) of the Federal Rules of Civil Procedure requires that all pleadings, written motions and any other documents submitted to the Court must be signed by an attorney of record or by the party personally if he is unrepresented. In addition, Rule 2 of the Rules Governing Section 2254 Cases states that a *habeas corpus* petition must be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner. The petition submitted in this case has not been signed at all.

Accordingly, the Clerk is directed to make a copy of the Petitioner's *habeas corpus* petition (ECF No. 1) for the Court's records and to return the original petition to the Petitioner. Petitioner is hereby directed to submit to the Court his signed *habeas corpus* petition within thirty (30) days

from the date of entry of this order on the docket.

Plaintiff is forewarned that, should he fail to comply with the instructions of the Court within the thirty-day time limit, his petition will be denied and this action will be dismissed for failure to comply with the instructions of the Court and for want of prosecution. Fed. R. Civ. P. 41(b).

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge